UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiff,<br><br>v.<br><br>ALL WEST CONTAINER CO.,<br><br>Defendant. | Case No. 18-mc-80067-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 5 |

On May 31, 2018, the Court issued an Order for Christopher Grandov Jr. on behalf of All West Container Company ("Judgment Debtor") to appear for an examination at the Court and to furnish information. (Dkt. 3.) On July 5, 2018, the Court continued the date of the examination to August 20, 2018. On August 20, 2018, the Judgment Debtor failed to appear for the examination as ordered by the Court. Therefore, the Court HEREBY ORDERS the Judgment Debtor to Show Cause why he should not be held in contempt of court and fined in the amount of $500 for failing to appear and comply with a Court order and why a bench warrant should not be issued. Judgment Debtor shall appear for a hearing on the Order to Show Cause regarding contempt and a bench warrant on Monday, October 1, 2018 at 9:30 a.m. Judgment Debtor shall also be prepared to appear for the examination on October 1, 2018 and to furnish the requested information as previously ordered. Plaintiff is DIRECTED to serve a copy of this Order on Judgment Debtor by no later than August 24, 2018 and shall file a proof of service by no later than August 31, 2018.

**IT IS SO ORDERED**.

Dated: August 20, 2018



_____
SALLIE KIM
United States Magistrate Judge