UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiff,<br><br>v.<br><br>ALL WEST CONTAINER CO.,<br><br>Defendant. | Case No. 18-mc-80067-SK<br><br>**ORDER DENYING REQUEST FOR SERVICE BY MARSHALLS**<br><br>Regarding Docket Nos. 17 |

Upon review of Plaintiff's request for the Court to order the United States Marshall Service to personally serve Richard Pfaff, the Court finds that Plaintiff fails to provide sufficient support. Accordingly, the Court DENIES the request.

**IT IS SO ORDERED**.

Dated: June 28, 2019

_____
SALLIE KIM
United States Magistrate Judge